# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JAMERO TERRILE MOSES, | Case No. 08-12161 |
| Plaintiff, | Anna Diggs Taylor |
| vs. | United States District Judge |
| PATRICIA CARUSO, et al, | Michael Hluchaniuk |
| Defendants. | United States Magistrate Judge |

_____/

**ORDER GRANTING PLAINTIFF'S MOTION
TO FILE SUPPLEMENTAL BRIEF (Dkt. 29) AND
<u>PERMITTING DEFENDANTS 14 DAYS TO RESPOND</u>**

This matter is before the Court on plaintiff's motion entitled "Plaintiff's Motion and Brief in Support for Leave to Life [sic] Supplement Pleadings Pursuant to Fed.R.Civ.P. 15(a) & (d)." (Dkt. 32). Plaintiff appears to request that the Court permit him to supplement his response to defendants' motion for summary judgment. The Court **GRANTS** plaintiff's motion to supplement his response to defendants' motion for summary judgment. Defendants have 14 days from entry of this Order to file any further support for their motion for summary judgment based on plaintiff's supplemental filing.

**IT IS SO ORDERED**.

1

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service as provided in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), objections must be served on this Magistrate Judge.

Date: December 11, 2008                    s/Michael Hluchaniuk
                                           Michael Hluchaniuk
                                           United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to the following: Michael R. Dean, and I hereby certify that I have mailed by United States Postal Service the foregoing pleading to the plaintiff, a non-ECF participant, at the following address: Jamero Moses, # 231885, NEWBERRY CORRECTIONAL FACILITY, 3001 Newberry Avenue, Newberry, MI 49868.

                                           s/Tammy M. Hallwood
                                           Courtroom Deputy Clerk
                                           U.S. District Court
                                           600 Church Street
                                           Flint, MI 48502
                                           (810) 341-7850
                                           tammy_hallwood@mied.uscourts.gov